UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL FINE CHEMICAL<br>AND SUPPLY, INC.<br>   dba OMEGA FINE CHEMICALS (5),<br>SOURCE MANAGEMENT<br>   INTERNATIONAL, INC. (6),<br><br>Defendants. | Criminal Case No. 04cr1765-JM<br><br>ORDER AND JUDGMENT TO DISMISS INDICTMENT |

Upon application of the United States Attorney [Docket No. 232], and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case is dismissed without prejudice as to defendants International Fine Chemical and Supply, Inc. dba Omega Fine Chemicals, and Source Management International, Inc.

DATED: March 10, 2010

_____
Hon. Jeffrey T. Miller
United States District Judge